THOMAS F. SHEEDY, Respondent, *v.* WILLIAM G. FOSTER, Defendant, MARIA FOSTER, Appellant, and NEAL D. BECKER, as Executor of WILLIAM J. K. KENNY, Deceased, Respondent.

Reported below, 167 App. Div. 935.
(Argued April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 26, 1915, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the ground that the question involved had become academic merely.

*Charles E. Kelly* and *John S. Keith* for motion.

*Jackson N. Dykman* opposed.

Motion denied, with ten dollars costs.